IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 10-480 |
| v. | : | |
| ANTHONY GAGLIARDI | : | CRIMINAL ACTION NO. 04-796 |

## ORDER

**AND NOW**, this 1st day of June, 2010, upon consideration of Defendant Anthony Gagliardi's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 225) and all response thereto, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

3. As Defendant has failed to make a substantial showing of the denial of a constitutional right, there is <u>no</u> basis for the issuance of a certificate of appealability.

4. The Clerk is directed to **CLOSE** Civil Action No. 10-480.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.